1
2
3
4
5
6
7
8
9
10
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| RICHARD L., | Civil No. 3:19-cv-05570-DWC |
| Plaintiff, | |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | ORDER REVERSING AND REMANDING DEFENDANT'S DECISION TO DENY BENEFITS |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned

case be REVERSED and REMANDED for further administrative proceedings pursuant to

sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will instruct the

Administrative Law Judge to offer Plaintiff the opportunity for a *de novo* hearing; further

evaluate the 2019 opinion from Paul Gray, MA, LMHC; obtain updated evidence from a medical

Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075
Telephone: (206) 615-3858

expert regarding the nature and severity of Plaintiff's mental impairments; further evaluate

Plaintiff's substance use, if appropriate; and issue a new decision.

Upon proper application, the Court will consider whether reasonable attorney fees should

be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 12th day of December, 2019.

David W. Christel
United States Magistrate Judge

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3858
Fax: (206) 615-2531
lisa.goldoftas@ssa.gov

Page 2    ORDER [3:19-cv-05570-DWC]

Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075
Telephone: (206) 615-3858